IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS MICHAEL,<br><br>        Plaintiff,<br><br>  v.<br><br>VIRGIN ATLANTIC,<br><br>        Defendant.<br>                                    / | No. C 12-01685 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 2, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 31, 2013.

DESIGNATION OF EXPERTS: 4/15/13; REBUTTAL: 5/15/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 31, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by June 7, 2013;

    Opp. Due June 21, 2013; Reply Due June 28, 2013;

    and set for hearing no later than July 5, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 6, 2013 at 3:30 PM.

JURY TRIAL DATE: August 19, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/6/12

                                        SUSAN ILLSTON
                                        United States District Judge