UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDREAS MICHAEL, | Case No. 12-cv-01685-JST |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO FILE STIPULATION OF DISMISSAL** |
| VIRGIN ATLANTIC, | Re: Dkt. No. 20 |
| Defendant. | |

The parties stated on the record on April 26, 2013, that they have settled this action. *See* Dkt. No. 20. Accordingly, all deadlines and hearings in this case are VACATED. By June 10, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: April 26, 2013

_____
JON S. TIGAR
United States District Judge